Anton Ewing
3077 Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff in pro per

FILED

DEC 2 9 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____G.V____          DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing, an individual

Plaintiff,

vs.

**RKJMM Associates, LLC;**

**Rashad Jones,** an individual.
Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. **21-cv-01366-DMS-DEB**

**ANTON EWING'S APPLICATION FOR ENTRY OF DEFAULT AGAINST NON-RESPONDING DEFENDANT RASHAD JONES OF TEXAS**

Date: NA
Time: NA

TO THE CLERK OF THE COURT:

This is not a motion to a Judge. Pursuant to FRCP 55(a), Plaintiff Anton

Ewing hereby makes this application for entry of default against Defendant Rashad

21CV1366

Jones, an individual, of Texas (not Florida) for failure to defend, and failure to file

a responsive pleading within 21 days after service of the Summons and Complaint.

Dated:  December 29, 2021

Anton Ewing

/S/ Anton Ewing
Anton Ewing, Plaintiff
Pro per
anton@antonewing.com

APPLICATION FOR ENTRY OF DEFAULT AGAINST RASHAD JONES OF TEXAS- 2

1
2
3
4

Anton Ewing
3077 Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In *Pro Per*

5
6
7

**FEDERAL DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

8
9
10
11
12
13
14
15
16
17

| | |
|---|---|
| Anton Ewing, an individual<br><br>Plaintiff,<br><br>vs.<br><br>**RKJMM Associates, LLC;**<br>**Rashad Jones** an individual.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. **21-cv-01366-DMS-DEB**<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT RASHAD JONES OF TEXAS**<br><br>Date: NA<br>Time: NA<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES** |

18
19
20
21
22
23
24
25

Plaintiff Anton Ewing ("Ewing") hereby respectfully applies to the Clerk of the Court, pursuant to Federal Rule of Civil Procedure 55(a), to enter default against Defendant Rashad Jones of Texas (not Florida), for failure to respond to the Summons by filing an Answer or other responsive pleading.   In support of this Application, Plaintiff is filing a Memorandum of Points and Authorities and Statement of Material Facts. For the reasons provided in the supporting Memorandum he is entitled to default on his claims in the complaint.

APPLICATION FOR ENTRY OF DEFAULT AGAINST RASHAD JONES OF TEXAS- 3

Consequently, Plaintiff respectfully prays the Clerk of the Court enter default in his favor and against Defendant Rashad Jones, an individual, who resides in and is domiciled in the State of Texas (not Florida).

Defendant Rashad Jones, an individual, from Texas was served by a registered process server on September 29, 2021 at 1827 Bur Oak Drive, in Allen Texas 75002 by a registered process server (Allison Spotswood).  The process server can be contacted at 972-522-9084 to verify.  See also ECF No. 9 – proof of service.  The Summons required Defendant Rashad Jones of Texas to respond within 21 days.   Said Defendant has failed to respond or otherwise defend this action after being served with the Summons.  The Summons was a command from the Clerk of the Court to file a responsive pleading.

**Wherefore,** the Clerk of the Court should grant Plaintiff's application for default because Defendant Rashad Jones of Texas[1] has failed to comply with this Court's order contained in the Summons.

Dated:  December 29, 2021

Anton Ewing
/S/ Anton Ewing
Anton Ewing, Plaintiff

---

[1] The "of Texas" is for clarification only.  There is a person with the exact same name in Florida.

APPLICATION FOR ENTRY OF DEFAULT AGAINST RASHAD JONES OF TEXAS- 4

21CV1366

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and have served on Defendants as follows:

21-cv-01366-DMS-DEB **Notice has been electronically mailed to:**

I have also mailed a copy of this document to Defendant.

Rashad Jones, an individual
1140 Northwest 46th Place,
Ocala, FL 34475

Rashad Jones
1827 Bur Oak Drive
Allen, Texas 75002

and by US Mail, postage pre-paid, first class to:

RKJMM Associates, LLC
1827 Bur Oak Drive
Allen, Texas 75002

As well as all other CM/ECF users registered in this matter.

I swear under penalty of perjury that the above was served as stated.
Dated: December 29, 2021

/S/ *Anton Ewing*
Anton Ewing

APPLICATION FOR ENTRY OF DEFAULT AGAINST RASHAD JONES OF TEXAS- 5

21CV1366

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  RKJMM Associates LLC; Rashad Jones, an Individual | 21CV1366 DMS DEB |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)            ☐ 415.46 (occupant)

                                        ☐ other:

7. **Person who served papers**

    a. Name:              **Allison Spotswood**

    b. Address:          **1614 Beauregard Point Drive, St Paul, TX 75098**

    c. Telephone number:   **972-522-9084**

    d. The fee for service was: **$ 300.00**

    e. I am:

        (1) ☒ not a registered California process server.

        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

        (3) ☐ registered California process server:

            (i) ☐ owner ☐ employee ☐ independent contractor.   For:

            (ii) ☐ Registration No.:             Registration #:

            (iii) ☐ County:                 County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 09/29/2021

          **Allison Spotswood**

     (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)

**BY FAX**

POS-010 [Rev. January 1, 2007]                              Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**

Tracking #: 0076939924

 REF: REF-8854171



| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>Anton Ewing <anton@antonewing.com><br>3077 Clairemont Drive #372<br>San Diego, CA 92117 | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.: 619-119-9640          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name):*  Anton Ewing | **FILED**<br>OCT 05 2021<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |

| United States District Court, Southern District of California |
|---|
| STREET ADDRESS:   221 West Broadway |
| MAILING ADDRESS:   221 West Broadway |
| CITY AND ZIP CODE:   San Diego 92101 |
| BRANCH NAME:   Edward J. Schwartz U.S. Courthouse |

| PLAINTIFF/PETITIONER: Anton Ewing | BY _____ DEPUTY<br>CASE NUMBER: GAV |
|---|---|
| DEFENDANT/RESPONDENT: RKJMM Associates LLC; Rashad Jones, an individual | **21CV1366 DMS DEB** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**REF-8854171** |

BY FAX

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of *(specify documents):*
    **Summons; Complaint; Civil Cover Sheet**

3.  a.  Party served *(specify name of party as shown on documents served):*
        **Rashad Jones**

    b.  ☐   Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*

4.  Address where the party was served:
    **1827 Bur Oak Drive, Allen, TX 75002**

5.  I served the party *(check proper box)*
    a.  ☒   **by personal service. I** personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **09/29/2021** at *(time):* **7:16 PM**
        **Rashad Jones, I delivered the documents to Rashad Jones with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**

    b.  ☐   **by substituted service.** On *(date):*                at *(time):*                I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1)  ☐   **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2)  ☐   **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3)  ☐   **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4)  ☐   I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*          from *(city):*          **or** ☐ a declaration of mailing is attached.

        (5)  ☐   I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]

☐ **REF: REF-8854171**

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code of Civil Procedure, § 417.10
Tracking #: **0076939924**

