1  Anton Ewing
2  3077 Clairemont Drive #372
   San Diego, CA 92117
3  (619) 719-9640
   anton@antonewing.com
4
   Plaintiff in pro per
5



THE UNITED STATES FEDERAL DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing, an individual

       Plaintiff,

  vs.

**RKJMM Associates, LLC;**

**Rashad Jones,** an individual.
       Defendants.

) Civil Case No. **21-cv-01366-DMS-DEB**
)
) **ANTON EWING'S APPLICATION
) FOR ENTRY OF DEFAULT
) AGAINST NON-RESPONDING
) DEFENDANT RASHAD JONES OF
) TEXAS**
)
) Date: NA
) Time: NA

TO THE CLERK OF THE COURT:

    This is not a motion to a Judge. Pursuant to FRCP 55(a), Plaintiff Anton Ewing hereby makes this third application for entry of default against Defendant Rashad Jones, an individual, of Texas (not Florida) for failure to defend, and

failure to file a responsive pleading within 21 days after service of the Summons and Complaint.

Dated: May 22, 2023

                                            Anton Ewing

                                            /S/ *Anton Ewing*
                                            Anton Ewing, Plaintiff
                                            Pro per
                                            anton@antonewing.com

Anton Ewing
3077 Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In *Pro Per*

# FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual<br><br>Plaintiff,<br><br>vs.<br><br>**RKJMM Associates, LLC;**<br><br>**Rashad Jones** an individual.<br><br>Defendants. | Civil Case No. **21-cv-01366-DMS-DEB** (JO)<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT RASHAD JONES OF TEXAS**<br><br>Date: NA<br>Time: NA<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES** |

Plaintiff Anton Ewing ("Ewing") hereby respectfully applies, for the third time, to the Clerk of the Court, pursuant to Federal Rule of Civil Procedure 55(a), to enter default against Defendant Rashad Jones of Texas (not Florida), for failure to respond to the Summons by filing an Answer or other responsive pleading. In support of this Application, Plaintiff is filing a Memorandum of Points and Authorities and Statement of Material Facts. For the reasons provided in the supporting Memorandum he is entitled to default on his claims in the complaint.

Consequently, Plaintiff respectfully prays the Clerk of the Court enter default in his favor and against Defendant Rashad Jones, an individual, who resides in and is domiciled in the State of Texas (not Florida).

Defendant Rashad Jones, an individual, from Texas was served by a registered process server on September 29, 2021 at 1827 Bur Oak Drive, in Allen Texas 75002 by a registered process server (Allison Spotswood). The process server can be contacted at 972-522-9084 to verify. See also ECF No. 9 – proof of service. The Summons required Defendant Rashad Jones of Texas to respond within 21 days. Said Defendant has failed to respond or otherwise defend this action after being served with the Summons. The Summons was a command from the Clerk of the Court to file a responsive pleading.

**Wherefore,** the Clerk of the Court should grant Plaintiff's application for default because Defendant Rashad Jones of Texas[1] has failed to comply with this Court's order contained in the Summons.

Dated: May 22, 2023

Anton Ewing
/S/ Anton Ewing
Anton Ewing, Plaintiff

---

[1] The "of Texas" is for clarification only. There is a person with the exact same name in Florida.

APPLICATION FOR ENTRY OF DEFAULT AGAINST RASHAD JONES OF TEXAS- 4

# PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and have served on Defendants as follows:

21-cv-01366-DMS-DEB [JO] **Notice has been electronically mailed to:**

I have also mailed a copy of this document to Defendant.

Rashad Jones, an individual
1140 Northwest 46th Place,
Ocala, FL 34475

Rashad Jones
1827 Bur Oak Drive
Allen, Texas 75002

and by US Mail, postage pre-paid, first class to:

RKJMM Associates, LLC
1827 Bur Oak Drive
Allen, Texas 75002

As well as all other CM/ECF users registered in this matter.

I swear under penalty of perjury that the above was served as stated.
Dated: May 22, 2023

/S/ Anton Ewing
Anton Ewing